UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ROGER PORTER,<br><br>    Plaintiff(s),<br> v.<br>BAUER TRANSPORTATION SYSTEMS,<br><br>    Defendant(s). | No. C 10-01074 LB<br><br>**ORDER MOVING DEFENDANT BAUER TRANSPORTATION SYSTEMS' APRIL 6, 2010 LETTER INTO THE RECORD** |

On April 8, 2010, the Court received a letter from Defendant Bauer Transportation Systems, Inc. The Court hereby moves the letter (attached herewith) into the record.

**IT IS SO ORDERED.**

Dated: April 8, 2010

                _____
                LAUREL BEELER
                United States Magistrate Judge

C 10-01074
ORDER MOVING DEFENDANT BAUER TRANSPORTATION SYSTEMS' APRIL 6, 2010 LETTER INTO THE RECORD