William J. Flynn, CA Bar No. 95371
Benjamin K. Lunch, CA State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104.6702
Telephone: 415.677.9440
Fax No.: 415.677.9445
Email: blunch@neyhartlaw.com

Attorneys for Plaintiffs ROGER PORTER, MICHAEL KRAFT, and BEN ROSS

Robert G. Hulteng, CA Bar No. 071293
rhulteng@littler.com
Joshua D. Kienitz, CA Bar No. 244903
jkienitz@littler.com
Ryan E. Abernethy, CA Bar No. 267538
rabernethy@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
BAUER'S LIMOUSINE SERVICE, INC.
and GARY BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER PORTER, MICHAEL KRAFT, and BEN ROSS, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAUER'S LIMOUSINE SERVICE, INC., a California corporation, and GARY BAUER, an individual,<br><br>Defendants. | Case No. 3:10-CV-01074-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ADR PROCESS**<br><br>Complaint Filed: March 12, 2010<br>First Amended Complaint Filed: April 9, 2010 |

STIPULATION AND [PROPOSED] ORDER
RE: ADR PROCESS (NO. 3:10-CV-01074-JSW)

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940

The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order regarding the alternative dispute resolution ("ADR") process.

The parties' counsel (Mr. Lunch, Mr. Hulteng and Mr. Kienitz) met and conferred by telephone on June 7, 2010 to discuss ADR options, the claims and defenses at issue in this case, and the information which each party will need to gather, share, and analyze with respect to the central issues in the case (including the alleged application of the federal Motor Carrier Act exemption [*see* 29 U.S.C. § 213(b)(1)] to the overtime requirements of the Fair Labor Standards Act [*see* 29 U.S.C. § 207(a)]).  During this initial meet and confer discussion, it became clear that this information, which will largely relate to whether (and, if so, the extent to which) the Named Plaintiffs, Bauer's and/or its drivers other than the Named Plaintiffs are engaged in "interstate commerce" within the meaning of the exemption, will take some time to gather, share, and analyze.

For the foregoing reasons, the Parties respectfully submit that it is premature for them to make a decision on whether to select one or more of the available ADR options – although each of the Parties remains open to that possibility.  The Parties propose – and hereby request leave of this Court – to work together to exchange information (formally or informally) necessary for the meaningful evaluation of claims and defenses by July 16, 2010, and thereafter, to meet and confer again forthwith regarding ADR possibilities.

Accordingly, subject to the approval of this Court, it is hereby stipulated and agreed, by and between the Parties hereto through their respective counsel, that the deadline for the Order Selecting ADR be continued until a date to be determined by the Court on or after July 23, 2010 (the date of the initial case management conference in this matter).  Thus, the Parties, through their undersigned counsel, respectfully request that the Court enter this Stipulation as an Order.

///
///
///
///
///
///

STIPULATION AND [~~PROPOSED~~] ORDER RE: ADR PROCESS   -2-   (NO. 3:10-CV-01074-JSW)

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940

**IT IS SO STIPULATED.**

Each of the undersigned certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

Dated: June 14, 2010        Respectfully submitted,

*/s/Willian J. Flynn*
WILLIAM J. FLYNN
BENJAMIN K. LUNCH
Attorneys for Plaintiff
ROGER PORTER

Dated: June 14, 2010        Respectfully submitted,

*/s/ Joshua D. Kienitz*
ROBERT A. HULTENG
JOSHUA D. KIENITZ
RYAN E. ABERNETHY
LITTLER MENDELSON P.C.
Attorneys for Defendants
BAUER'S LIMOUSINE SERVICE, INC.
AND GARY BAUER

**IT IS SO ORDERED.**

Dated: _____June 15___, 2010

*[signature: Jeffrey S. White]*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

FIRMWIDE:95804038.1 053752.1006

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
RE: ADR PROCESS          -3-          (NO. 3:10-CV-01074-JSW)