William J. Flynn, CA Bar No. 95371
Benjamin K. Lunch, CA State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104.6702
Telephone: 415.677.9440
Fax No.: 415.677.9445
Email: blunch@neyhartlaw.com

Attorneys for Plaintiffs ROGER PORTER, MICHAEL KRAFT, and BEN ROSS

Robert G. Hulteng, CA Bar No. 071293
rhulteng@littler.com
Joshua D. Kienitz, CA Bar No. 244903
jkienitz@littler.com
Ryan E. Abernethy, CA Bar No. 267538
rabernethy@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
BAUER'S LIMOUSINE SERVICE, INC.
and GARY BAUER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER PORTER, MICHAEL KRAFT, and BEN ROSS, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAUER'S LIMOUSINE SERVICE, INC., a California corporation, and GARY BAUER, an individual,<br><br>Defendants. | Case No. 3:10-CV-01074-JSW<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RE: ADR PROCESS**<br><br>Complaint Filed: March 12, 2010<br>First Amended Complaint Filed: April 9, 2010 |

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940

SECOND STIPULATION AND
[PROPOSED] ORDER RE: ADR PROCESS

(NO. 3:10-CV-01074-JSW)

The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order regarding the alternative dispute resolution ("ADR") process, pursuant to this Court's order (issued on July 23, 2010 [*see* Doc. 27, filed 7/26/2010]) regarding the same.

<u>Early Neutral Evaluation (ENE)</u>. The Parties agree to complete the ENE process provided by the Northern District no later than 120 days from the date this Order is entered by the Court or November 30, 2010, whichever is sooner. The Parties respectfully request that any ENE evaluator appointed by the Court should be well-versed in issues related to the overtime requirements of the Fair Labor Standards Act and, specifically, with respect to the exemption to the same requirements provided by the Motor Carrier Act. *See* 29 U.S.C. § 213(b)(1), 49 U.S.C. § 35102.

<u>Early In-Person Meeting</u>. The Parties further agree that all reasonable efforts shall be made to hold an in-person settlement conference between counsel in this case, no later than 60 days after the entry of this Order or October 1, 2010, whichever is sooner. The Parties will make all reasonable efforts to exchange information (formally or informally) prior to that in-person meeting, so that productive settlement discussions may be had. The Parties also agree to meet and confer in good faith at such meeting, in an attempt to fully and finally resolve the issues in this action. The Parties agree that all briefing and other materials submitted at or in connection with this in-person meeting (which are created for the purpose of such meeting) shall be considered to be privileged settlement material (*see* Fed. Rule. Evid. 408).

Thus, the Parties, through their undersigned counsel, respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

Each of the undersigned certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

///

///

///

Dated: July 30, 2010   Respectfully submitted,

*/s/ Benjamin K. Lunch*
WILLIAM J. FLYNN
BENJAMIN K. LUNCH
Attorneys for Plaintiff
ROGER PORTER

Dated: July 30, 2010   Respectfully submitted,

*/s/ Joshua D. Kienitz*
ROBERT A. HULTENG
JOSHUA D. KIENITZ
RYAN E. ABERNETHY
LITTLER MENDELSON P.C.
Attorneys for Defendants
BAUER'S LIMOUSINE SERVICE, INC.
AND GARY BAUER

**IT IS SO ORDERED.**

Dated: August 9, 2010

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

FIRMWIDE:96588280.1 053752.1006

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940

SECOND STIPULATION AND
[PROPOSED] ORDER RE: ADR PROCESS                -3-                (NO. 3:10-CV-01074-JSW)