William J. Flynn, CA Bar No. 95371
Benjamin K. Lunch, CA State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104.6702
Telephone:   415.677.9440
Fax No.:     415.677.9445
Email: blunch@neyhartlaw.com

Attorneys for Plaintiffs ROGER PORTER, MICHAEL KRAFT, and BEN ROSS


Robert G. Hulteng, CA Bar No. 071293
rhulteng@littler.com
Joshua D. Kienitz, CA Bar No. 244903
jkienitz@littler.com
Ryan E. Abernethy, CA Bar No. 267538
rabernethy@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Fax No.:     415.399.8490

Attorneys for Defendants
BAUER'S LIMOUSINE SERVICE, INC.
and GARY BAUER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER PORTER, MICHAEL KRAFT, and BEN ROSS, on their own behalf and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>BAUER'S LIMOUSINE SERVICE, INC., a California corporation, and GARY BAUER, an individual,<br><br>            Defendants. | Case No. 3:10-CV-01074-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  March 12, 2010<br>First Amended Complaint Filed:  April 9, 2010<br>Second Amended Complaint Filed: August 24, 2010 |

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL WITH PREJUDICE

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940

(NO. 3:10-CV-01074-JSW)

The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order requesting dismissal with prejudice. The Parties reached a complete settlement of the named Plaintiffs' claims in the above-captioned matter.

As part of the informal discovery process leading up to the parties' settlement, Plaintiffs' were provided with, and reviewed, a document issued by the federal Department of Transportation ("DOT"), dated October 9, 2008, which document contained the results of a DOT inspection regarding Bauer's (DOT# 1083917) compliance with federal hours of service regulations requiring the completion of a Record of Duty of Status ("RODS") form.[1] The driver of the vehicle in question was, at that time, engaged in performing "corporate" services, as that term is defined in Paragraph 11 of the Second Amended Complaint (Document No. 33) on file in this matter. Plaintiffs (through their undersigned counsel) and Bauer's agree that this DOT investigation demonstrates that, as of October 9, 2008, the DOT had the power to regulate Bauer's corporate drivers' hours of service within the meaning of 29 U.S.C. § 213(b) and Section 3(L)(1) of California Industrial Commission Wage Order 9-2001. Plaintiffs' counsel agree they have received the above-referenced document.

Thus, the Parties, through their undersigned counsel, respectfully request that the Court enter this Stipulation as an Order.

**IT IS SO STIPULATED.**

Each of the undersigned certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

///
///
///
///
///
///
///

---

[1] These documents were bates-stamped BAUERS000427-432.

STIPULATION AND [~~PROPOSED~~] ORDER
RE: DISMISSAL WITH PREJUDICE                -2-                    (NO. 3:10-CV-01074-JSW)

Dated: November ____, 2010   Respectfully submitted,

*/s/ Benjamin K. Lunch*
WILLIAM J. FLYNN
BENJAMIN K. LUNCH
Attorneys for Plaintiff
ROGER PORTER

Dated: November ___, 2010   Respectfully submitted,

*/s/ Joshua D. Kienitz*
ROBERT A. HULTENG
JOSHUA D. KIENITZ
RYAN E. ABERNETHY
LITTLER MENDELSON P.C.
Attorneys for Defendants
BAUER'S LIMOUSINE SERVICE, INC.
AND GARY BAUER

**IT IS HEREBY ORDERED THAT** the, pursuant to the parties' Stipulation and settlement, Plaintiffs' claims, as embodied in the Second Amended Complaint in this matter (Document No. 33), are dismissed in their entirety, and with prejudice.

Dated: December 3, 2010

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

FIRMWIDE:98765742.1 053752.1006

650 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER
RE: DISMISSAL WITH PREJUDICE          -3-          (NO. 3:10-CV-01074-JSW)